United States Courts
Southern District of Texas
FILED

SEP 1 1 2023

Nathan Ochsner, Clerk of Court

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION
CORPUS CHRISTI, TEXAS

IN RE DAVID JAMES, RELATOR          §     USDC Case Number: _____

                                    §

## MOTION FOR LEAVE TO FILE

## ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE, Ms. Nelva GonZales Ramos:

Comes now David James, Relator in the Instant Cause and Prays the Court's Judge Will Grant His Motion For Leave To File the enclosed Original Application For Writ Of Mandamus with Exhibits. Executed September 5, 2023

Certified Mail Receipt No. is:

7019 2970 0001 1148 5273

Respectfully Submitted,

David James #1251548
Smith Unit
1313 CR 19
Lamesa, Texas
                    79331